# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128958

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

GARY LEE PETERS,
       Defendant-Appellant.

SC: 128958
COA: 262060
Macomb CC: 78-000353-FY

_____/

     On order of the Court, the application for leave to appeal the April 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

d1024